# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| THANIA ROSALES-GUADARRAMA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN BROTON,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>) Case No. 7:24-cv-1526-MHH-SGC<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OPINION

In this action, Thania Rosales-Guadarrama seeks a petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 4). On March 12, 2025, the magistrate judge entered a report in which she recommended that the Court dismiss the habeas petition. (Doc. 10). The magistrate judge advised the parties of their right to file written objections within 14 days. (Doc. 10). To date, the Court has not received objections.

Having reviewed the materials in the Court's electronic docket, the Court adopts the magistrate judge's report and accepts her recommendation. By separate order, the Court will dismiss this habeas action.

**DONE** and **ORDERED** this April 3, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE